# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

FILED

JUL 2 8 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

UNITED STATES OF AMERICA,

V.

Semyon Neys, aka "Sam;" et al,

CR 05-491 VRW

DEFENDANT.

## INDICTMENT

See Attached Penalty Sheet.

A true bill.

_____
Foreman

BETTY FONG

Filed in open court this _____ day of July 28, 2005

EDWARD M. CHEN
**UNITED STATES MAGISTRATE JUDGE**
Clerk

Bail, $_____

Neys - No Process
Friedman - NB Warrant
Denis - No Process
Soto meyer - NB Warrant
Tang - NB Warrant
Nguyen - NB warrant
Tielinsky - No Process

Calun - No Process
Ancajina - No Process
Delarosa - NB warrant
Moore - NB warrant
Dursio - No Process
Sanders - No Process

Golod sleteyn - NB warrant
Osterlaut - NB warrant

1

# PENALTY SHEET

COUNT ONE:

**Maximum Penalty:**  Life imprisonment with a mandatory minimum of 10 years imprisonment; a fine up to $4 million; 5 years of supervised release; and, a $100 special assessment.

COUNT TWO:

**Maximum Penalty:**  Life imprisonment with a mandatory minimum of 10 years imprisonment; a fine up to $4 million; 5 years of supervised release; and, a $100 special assessment.

COUNT THREE:

**Maximum Penalty**: Twenty years imprisonment; a fine up to $1 million; 3 years of supervised release; and a $100 special assessment.

COUNT FOUR:

**Maximum Penalty:**  Life imprisonment with a mandatory minimum of 10 years imprisonment; a fine up to $4 million; 5 years of supervised release; and, a $100 special assessment.

COUNT FIVE:

**Maximum Penalty**: Twenty years imprisonment; a fine up to $1 million; 3 years of supervised release; and a $100 special assessment.

COUNT SIX:

**Maximum Penalty**: Twenty years imprisonment; a fine up to $1 million; 3 years of supervised release; and a $100 special assessment.

| NAME CHART | | COUNTS CHARGED |
|---|---|---|
| 1. | SEMYON NEYS<br>aka "Sam" | 1, 2, 3, 4, 5, 6 |
| 2. | YEVGENY FRIDMAN<br>aka "Eugne" "Irusik" Zhenya" | 1, 6 |
| 3. | JENA DAVIS | 1, 3, 4 |
| 4. | UREL SOTOMAYER<br>aka "Jiga" | 1, 4 |
| 5. | JASON TANG<br>aka "Jay" | 1, 6 |
| 6. | ANTHONY NGUYEN<br>aka "Tuan" | 1 |
| 7. | ILYA TUCHINSKY | 1 |
| 8. | CHRISTOPHER LEE CALDER | 1, 3, 5 |
| 9. | PAUL ANCAJIMA | 1, 5 |
| 10. | AARON DELAROSA | 1, 5 |
| 11. | CHARLES MOORE | 1,3 |
| 12. | JESUS POMPERADA BOSCO<br>aka "Jessie" | 1 |
| 13. | NEIL PAUL SANDERS | 1, 6 |
| 14. | OLEG GLADSHTEYN | 1 |
| 15. | WHITNEY OSTERHOUT | 1 |

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

## OFFENSE CHARGED

See Attached Counts Charged

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:

See Attached Penalty Sheet

---

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

*FILED*

JUL 2 8 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT - U.S.

▶ SEMYON NEYS aka "Sam"

DISTRICT COURT NUMBER

**CR 05 00491 PRW**

E-Filing

## PROCEEDING

Name of Complainant Agency, or Person (&Title, if any)

FBI/IRS

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM    KEVIN V. RYAN

☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    Elizabeth Lee

---

## DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges    } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed

DATE OF ARREST ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

---

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance    *Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:  July 28, 2005 9:30am

Before Judge:  Edward M. Chen

Comments:

4

# PENALTY SHEET

COUNT ONE:

**Maximum Penalty:**   Life imprisonment with a mandatory minimum of 10 years imprisonment; a fine up to $4 million; 5 years of supervised release; and, a $100 special assessment.

COUNT TWO:

**Maximum Penalty:**   Life imprisonment with a mandatory minimum of 10 years imprisonment; a fine up to $4 million; 5 years of supervised release; and, a $100 special assessment.

COUNT THREE:

**Maximum Penalty**: Twenty years imprisonment; a fine up to $1 million; 3 years of supervised release; and a $100 special assessment.

COUNT FOUR:

**Maximum Penalty:**   Life imprisonment with a mandatory minimum of 10 years imprisonment; a fine up to $4 million; 5 years of supervised release; and, a $100 special assessment.

COUNT FIVE:

**Maximum Penalty**: Twenty years imprisonment; a fine up to $1 million; 3 years of supervised release; and a $100 special assessment.

COUNT SIX:

**Maximum Penalty**: Twenty years imprisonment; a fine up to $1 million; 3 years of supervised release; and a $100 special assessment.

| **NAME CHART** | | **COUNTS CHARGED** |
|---|---|---|
| 1. | SEMYON NEYS<br>aka "Sam" | 1, 2, 3, 4, 5, 6 |
| 2. | YEVGENY FRIDMAN<br>aka "Eugne" "Irusik" Zhenya" | 1, 6 |
| 3. | JENA DAVIS | 1, 3, 4 |
| 4. | UREL SOTOMAYER<br>aka "Jiga" | 1, 4 |
| 5. | JASON TANG<br>aka "Jay" | 1, 6 |
| 6. | ANTHONY NGUYEN<br>aka "Tuan" | 1 |
| 7. | ILYA TUCHINSKY | 1 |
| 8. | CHRISTOPHER LEE CALDER | 1, 3, 5 |
| 9. | PAUL ANCAJIMA | 1, 5 |
| 10. | AARON DELAROSA | 1, 5 |
| 11. | CHARLES MOORE | 1,3 |
| 12. | JESUS POMPERADA BOSCO<br>aka "Jessie" | 1 |
| 13. | NEIL PAUL SANDERS | 1, 6 |
| 14. | OLEG GLADSHTEYN | 1 |
| 15. | WHITNEY OSTERHOUT | 1 |

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

## OFFENSE CHARGED
See Attached Counts Charged

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:

See Attached Penalty Sheet

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
E-Filing
JUL 2 8 2005

**DEFENDANT - U.S.**

► YEVGENY FRIDMAN aka "Eugene"

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
PW

DISTRICT COURT NUMBER

CR 05 00491

## PROCEEDING
Name of Complainant Agency, or Person (&Title, if any)

FBI/IRS

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
KEVIN V. RYAN

☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
Elizabeth Lee

## DEFENDANT

**IS _NOT_ IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

**DATE OF ARREST** ►
Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ►
Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT  Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____

Before Judge: _____

Comments:

7

# PENALTY SHEET

COUNT ONE:

**Maximum Penalty:**  Life imprisonment with a mandatory minimum of 10 years imprisonment; a fine up to $4 million; 5 years of supervised release; and, a $100 special assessment.

COUNT TWO:

**Maximum Penalty:**  Life imprisonment with a mandatory minimum of 10 years imprisonment; a fine up to $4 million; 5 years of supervised release; and, a $100 special assessment.

COUNT THREE:

**Maximum Penalty**: Twenty years imprisonment; a fine up to $1 million; 3 years of supervised release; and a $100 special assessment.

COUNT FOUR:

**Maximum Penalty:**  Life imprisonment with a mandatory minimum of 10 years imprisonment; a fine up to $4 million; 5 years of supervised release; and, a $100 special assessment.

COUNT FIVE:

**Maximum Penalty**: Twenty years imprisonment; a fine up to $1 million; 3 years of supervised release; and a $100 special assessment.

COUNT SIX:

**Maximum Penalty**: Twenty years imprisonment; a fine up to $1 million; 3 years of supervised release; and a $100 special assessment.

## NAME CHART

| | | |
|---|---|---|
| 1. | SEMYON NEYS <br> aka "Sam" | 1, 2, 3, 4, 5, 6 |
| 2. | YEVGENY FRIDMAN <br> aka "Eugne" "Irusik" Zhenya" | 1, 6 |
| 3. | JENA DAVIS | 1, 3, 4 |
| 4. | UREL SOTOMAYER <br> aka "Jiga" | 1, 4 |
| 5. | JASON TANG <br> aka "Jay" | 1, 6 |
| 6. | ANTHONY NGUYEN <br> aka "Tuan" | 1 |
| 7. | ILYA TUCHINSKY | 1 |
| 8. | CHRISTOPHER LEE CALDER | 1, 3, 5 |
| 9. | PAUL ANCAJIMA | 1, 5 |
| 10. | AARON DELAROSA | 1, 5 |
| 11. | CHARLES MOORE | 1,3 |
| 12. | JESUS POMPERADA BOSCO <br> aka "Jessie" | 1 |
| 13. | NEIL PAUL SANDERS | 1, 6 |
| 14. | OLEG GLADSHTEYN | 1 |
| 15. | WHITNEY OSTERHOUT | 1 |

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
                                ☐ SUPERSEDING

## OFFENSE CHARGED

See Attached Counts Charged

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:

See Attached Penalty Sheet

---

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

**DEFENDANT - U.S.**

▶ JENA DAVIS

FILED
JUL 2 8 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COURT NUMBER

## CR 05 00491

---

## DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges      ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed

**DATE OF ARREST** ▶

Or... if Arresting Agency & Warrant were not   Month/Day/Year

**DATE TRANSFERRED TO U.S. CUSTODY** ▶   Month/Day/Year

---

## PROCEEDING

Name of Complainant Agency, or Person (&Title, if any)

FBI/IRS

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
     ☐ U.S. Att'y  ☐ Defense

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM    KEVIN V. RYAN

☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    Elizabeth Lee

☐ This report amends AO 257 previously submitted

---

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:

☐ Arraignment  ☐ Initial Appearance    *Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: August 3, 2005 12:30am

Before Judge: Bernard Zimmerman

Comments:

10

# PENALTY SHEET

<u>COUNT ONE</u>:

**Maximum Penalty:**  Life imprisonment with a mandatory minimum of 10 years imprisonment; a fine up to $4 million; 5 years of supervised release; and, a $100 special assessment.

<u>COUNT TWO</u>:

**Maximum Penalty:**  Life imprisonment with a mandatory minimum of 10 years imprisonment; a fine up to $4 million; 5 years of supervised release; and, a $100 special assessment.

<u>COUNT THREE</u>:

**Maximum Penalty**: Twenty years imprisonment; a fine up to $1 million; 3 years of supervised release; and a $100 special assessment.

<u>COUNT FOUR</u>:

**Maximum Penalty:**  Life imprisonment with a mandatory minimum of 10 years imprisonment; a fine up to $4 million; 5 years of supervised release; and, a $100 special assessment.

<u>COUNT FIVE</u>:

**Maximum Penalty**: Twenty years imprisonment; a fine up to $1 million; 3 years of supervised release; and a $100 special assessment.

<u>COUNT SIX</u>:

**Maximum Penalty**: Twenty years imprisonment; a fine up to $1 million; 3 years of supervised release; and a $100 special assessment.

| NAME CHART | | COUNTS CHARGED |
|---|---|---|
| 1. | SEMYON NEYS<br>aka "Sam" | 1, 2, 3, 4, 5, 6 |
| 2. | YEVGENY FRIDMAN<br>aka "Eugne" "Irusik" Zhenya" | 1, 6 |
| 3. | JENA DAVIS | 1, 3, 4 |
| 4. | UREL SOTOMAYER<br>aka "Jiga" | 1, 4 |
| 5. | JASON TANG<br>aka "Jay" | 1, 6 |
| 6. | ANTHONY NGUYEN<br>aka "Tuan" | 1 |
| 7. | ILYA TUCHINSKY | 1 |
| 8. | CHRISTOPHER LEE CALDER | 1, 3, 5 |
| 9. | PAUL ANCAJIMA | 1, 5 |
| 10. | AARON DELAROSA | 1, 5 |
| 11. | CHARLES MOORE | 1,3 |
| 12. | JESUS POMPERADA BOSCO<br>aka "Jessie" | 1 |
| 13. | NEIL PAUL SANDERS | 1, 6 |
| 14. | OLEG GLADSHTEYN | 1 |
| 15. | WHITNEY OSTERHOUT | 1 |

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

See Attached Counts Charged

☐ Petty
☐ Minor
☐ Misde-
    meanor
☒ Felony

E-Filing

DEFENDANT - U.S.

JUL 2 8 2005

► UREL SOTOMAYER aka "Jigga"

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COURT NUMBER

PENALTY:

See Attached Penalty Sheet

CR 05 00491

### DEFENDANT

**IS *NOT* IN CUSTODY**

### PROCEEDING

Name of Complainant Agency, or Person (&Title, if any)

FBI/IRS

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges     ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Has detainer been filed?  ☐ Yes   If "Yes" give date filed
☐ No

**DATE OF ARREST** ►      Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ►      Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM       KEVIN V. RYAN

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)       Elizabeth Lee

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT     Bail Amount:  No Bail

If Summons, complete following:

☐ Arraignment ☐ Initial Appearance       *Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____

Before Judge: _____

Comments:

13

# PENALTY SHEET

COUNT ONE:

**Maximum Penalty:**   Life imprisonment with a mandatory minimum of 10 years imprisonment; a fine up to $4 million; 5 years of supervised release; and, a $100 special assessment.

COUNT TWO:

**Maximum Penalty:**   Life imprisonment with a mandatory minimum of 10 years imprisonment; a fine up to $4 million; 5 years of supervised release; and, a $100 special assessment.

COUNT THREE:

**Maximum Penalty**: Twenty years imprisonment; a fine up to $1 million; 3 years of supervised release; and a $100 special assessment.

COUNT FOUR:

**Maximum Penalty:**   Life imprisonment with a mandatory minimum of 10 years imprisonment; a fine up to $4 million; 5 years of supervised release; and, a $100 special assessment.

COUNT FIVE:

**Maximum Penalty**: Twenty years imprisonment; a fine up to $1 million; 3 years of supervised release; and a $100 special assessment.

COUNT SIX:

**Maximum Penalty**: Twenty years imprisonment; a fine up to $1 million; 3 years of supervised release; and a $100 special assessment.

| NAME CHART | | COUNTS CHARGED |
|---|---|---|
| 1. | SEMYON NEYS<br>aka "Sam" | 1, 2, 3, 4, 5, 6 |
| 2. | YEVGENY FRIDMAN<br>aka "Eugne" "Irusik" Zhenya" | 1, 6 |
| 3. | JENA DAVIS | 1, 3, 4 |
| 4. | UREL SOTOMAYER<br>aka "Jiga" | 1, 4 |
| 5. | JASON TANG<br>aka "Jay" | 1, 6 |
| 6. | ANTHONY NGUYEN<br>aka "Tuan" | 1 |
| 7. | ILYA TUCHINSKY | 1 |
| 8. | CHRISTOPHER LEE CALDER | 1, 3, 5 |
| 9. | PAUL ANCAJIMA | 1, 5 |
| 10. | AARON DELAROSA | 1, 5 |
| 11. | CHARLES MOORE | 1,3 |
| 12. | JESUS POMPERADA BOSCO<br>aka "Jessie" | 1 |
| 13. | NEIL PAUL SANDERS | 1, 6 |
| 14. | OLEG GLADSHTEYN | 1 |
| 15. | WHITNEY OSTERHOUT | 1 |

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

---

## OFFENSE CHARGED

See Attached Counts Charged

☐ Petty
☐ Minor
☐ Misde-
  meanor
☒ Felony

PENALTY:

See Attached Penalty Sheet

---

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

FILED

**DEFENDANT - U.S.**

JUL 2 8 2005

▶ JASON TANG aka "Jay"   RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COURT NUMBER

CR 05 00491

---

## PROCEEDING

Name of Complainant Agency, or Person (&Title, if any)

FBI/IRS

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM    KEVIN V. RYAN

☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    Elizabeth Lee

---

## DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges    ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

Month/Day/Year

DATE OF ARREST ▶

Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

---

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:

☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____

Before Judge: _____

Comments:

16

# PENALTY SHEET

COUNT ONE:

**Maximum Penalty:**  Life imprisonment with a mandatory minimum of 10 years imprisonment; a fine up to $4 million; 5 years of supervised release; and, a $100 special assessment.

COUNT TWO:

**Maximum Penalty:**  Life imprisonment with a mandatory minimum of 10 years imprisonment; a fine up to $4 million; 5 years of supervised release; and, a $100 special assessment.

COUNT THREE:

**Maximum Penalty**: Twenty years imprisonment; a fine up to $1 million; 3 years of supervised release; and a $100 special assessment.

COUNT FOUR:

**Maximum Penalty:**  Life imprisonment with a mandatory minimum of 10 years imprisonment; a fine up to $4 million; 5 years of supervised release; and, a $100 special assessment.

COUNT FIVE:

**Maximum Penalty**: Twenty years imprisonment; a fine up to $1 million; 3 years of supervised release; and a $100 special assessment.

COUNT SIX:

**Maximum Penalty**: Twenty years imprisonment; a fine up to $1 million; 3 years of supervised release; and a $100 special assessment.

| | NAME CHART | COUNTS CHARGED |
|---|---|---|
| 1. | SEMYON NEYS<br>aka "Sam" | 1, 2, 3, 4, 5, 6 |
| 2. | YEVGENY FRIDMAN<br>aka "Eugne" "Irusik" Zhenya" | 1, 6 |
| 3. | JENA DAVIS | 1, 3, 4 |
| 4. | UREL SOTOMAYER<br>aka "Jiga" | 1, 4 |
| 5. | JASON TANG<br>aka "Jay" | 1, 6 |
| 6. | ANTHONY NGUYEN<br>aka "Tuan" | 1 |
| 7. | ILYA TUCHINSKY | 1 |
| 8. | CHRISTOPHER LEE CALDER | 1, 3, 5 |
| 9. | PAUL ANCAJIMA | 1, 5 |
| 10. | AARON DELAROSA | 1, 5 |
| 11. | CHARLES MOORE | 1,3 |
| 12. | JESUS POMPERADA BOSCO<br>aka "Jessie" | 1 |
| 13. | NEIL PAUL SANDERS | 1, 6 |
| 14. | OLEG GLADSHTEYN | 1 |
| 15. | WHITNEY OSTERHOUT | 1 |

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
    ☐ SUPERSEDING

## OFFENSE CHARGED

See Attached Counts Charged

☐ Petty
☐ Minor
☐ Misde-
   meanor
☒ Felony

PENALTY:

See Attached Penalty Sheet

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

*FILED*

E-Filing

── DEFENDANT - U.S. ──

▶ ANTHONY NGUYEN aka "Tuan"

JUL 2 8 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COURT NUMBER

**CR 05 00491**

## PROCEEDING

Name of Complainant Agency, or Person (&Title, if any)

FBI/IRS

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:        SHOW DOCKET NO.

☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant          MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

Name and Office of Person
Furnishing Information on          KEVIN V. RYAN
THIS FORM

☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)          Elizabeth Lee

## DEFENDANT

**IS _NOT_ IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges  ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges                 ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer    ☐ Yes   } If "Yes"
been filed?     ☐ No        give date
                            filed
                Month/Day/Year

**DATE OF ARREST** ▶

Or... if Arresting Agency & Warrant were not       Month/Day/Year

**DATE TRANSFERRED TO U.S. CUSTODY** ▶

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:

☐ Arraignment  ☐ Initial Appearance    *Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____

Before Judge: _____

Comments:

18

# PENALTY SHEET

COUNT ONE:

**Maximum Penalty:**  Life imprisonment with a mandatory minimum of 10 years imprisonment; a fine up to $4 million; 5 years of supervised release; and, a $100 special assessment.

COUNT TWO:

**Maximum Penalty:**  Life imprisonment with a mandatory minimum of 10 years imprisonment; a fine up to $4 million; 5 years of supervised release; and, a $100 special assessment.

COUNT THREE:

**Maximum Penalty**: Twenty years imprisonment; a fine up to $1 million; 3 years of supervised release; and a $100 special assessment.

COUNT FOUR:

**Maximum Penalty:**  Life imprisonment with a mandatory minimum of 10 years imprisonment; a fine up to $4 million; 5 years of supervised release; and, a $100 special assessment.

COUNT FIVE:

**Maximum Penalty**: Twenty years imprisonment; a fine up to $1 million; 3 years of supervised release; and a $100 special assessment.

COUNT SIX:

**Maximum Penalty**: Twenty years imprisonment; a fine up to $1 million; 3 years of supervised release; and a $100 special assessment.

| NAME CHART | | COUNTS CHARGED |
|---|---|---|
| 1. | SEMYON NEYS<br>aka "Sam" | 1, 2, 3, 4, 5, 6 |
| 2. | YEVGENY FRIDMAN<br>aka "Eugne" "Irusik" Zhenya" | 1, 6 |
| 3. | JENA DAVIS | 1, 3, 4 |
| 4. | UREL SOTOMAYER<br>aka "Jiga" | 1, 4 |
| 5. | JASON TANG<br>aka "Jay" | 1, 6 |
| 6. | ANTHONY NGUYEN<br>aka "Tuan" | 1 |
| 7. | ILYA TUCHINSKY | 1 |
| 8. | CHRISTOPHER LEE CALDER | 1, 3, 5 |
| 9. | PAUL ANCAJIMA | 1, 5 |
| 10. | AARON DELAROSA | 1, 5 |
| 11. | CHARLES MOORE | 1,3 |
| 12. | JESUS POMPERADA BOSCO<br>aka "Jessie" | 1 |
| 13. | NEIL PAUL SANDERS | 1, 6 |
| 14. | OLEG GLADSHTEYN | 1 |
| 15. | WHITNEY OSTERHOUT | 1 |

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

---

## OFFENSE CHARGED

See Attached Counts Charged

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:

See Attached Penalty Sheet

---

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**

▶ ILYA TUCHINSKY

FILED
JUL 2 8 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

**DISTRICT COURT NUMBER**

CR 05 00491

---

## PROCEEDING

Name of Complainant Agency, or Person (&Title, if any)

FBI/IRS

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
KEVIN V. RYAN

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
Elizabeth Lee

---

## DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?
☐ Yes
☐ No

If "Yes" give date filed

Month/Day/Year

**DATE OF ARREST**

Or... if Arresting Agency & Warrant were not

Month/Day/Year

**DATE TRANSFERRED TO U.S. CUSTODY** ▶

☐ This report amends AO 257 previously submitted

---

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: August 3, 2005 9:30am

Before Judge: Bernard Zimmerman

Comments:

22

# PENALTY SHEET

COUNT ONE:

**Maximum Penalty:** Life imprisonment with a mandatory minimum of 10 years imprisonment; a fine up to $4 million; 5 years of supervised release; and, a $100 special assessment.

COUNT TWO:

**Maximum Penalty:** Life imprisonment with a mandatory minimum of 10 years imprisonment; a fine up to $4 million; 5 years of supervised release; and, a $100 special assessment.

COUNT THREE:

**Maximum Penalty**: Twenty years imprisonment; a fine up to $1 million; 3 years of supervised release; and a $100 special assessment.

COUNT FOUR:

**Maximum Penalty:** Life imprisonment with a mandatory minimum of 10 years imprisonment; a fine up to $4 million; 5 years of supervised release; and, a $100 special assessment.

COUNT FIVE:

**Maximum Penalty**: Twenty years imprisonment; a fine up to $1 million; 3 years of supervised release; and a $100 special assessment.

COUNT SIX:

**Maximum Penalty**: Twenty years imprisonment; a fine up to $1 million; 3 years of supervised release; and a $100 special assessment.

|  | **NAME CHART** | **COUNTS CHARGED** |
|---|---|---|
| 1. | SEMYON NEYS<br>aka "Sam" | 1, 2, 3, 4, 5, 6 |
| 2. | YEVGENY FRIDMAN<br>aka "Eugne" "Irusik" Zhenya" | 1, 6 |
| 3. | JENA DAVIS | 1, 3, 4 |
| 4. | UREL SOTOMAYER<br>aka "Jiga" | 1, 4 |
| 5. | JASON TANG<br>aka "Jay" | 1, 6 |
| 6. | ANTHONY NGUYEN<br>aka "Tuan" | 1 |
| 7. | ILYA TUCHINSKY | 1 |
| 8. | CHRISTOPHER LEE CALDER | 1, 3, 5 |
| 9. | PAUL ANCAJIMA | 1, 5 |
| 10. | AARON DELAROSA | 1, 5 |
| 11. | CHARLES MOORE | 1,3 |
| 12. | JESUS POMPERADA BOSCO<br>aka "Jessie" | 1 |
| 13. | NEIL PAUL SANDERS | 1, 6 |
| 14. | OLEG GLADSHTEYN | 1 |
| 15. | WHITNEY OSTERHOUT | 1 |

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

## OFFENSE CHARGED

See Attached Counts Charged

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

─── DEFENDANT - U.S.

► CHRISTOPHER LEE CARMEN

JUL 28 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COURT NUMBER

PENALTY:

See Attached Penalty Sheet

**CR 05 00491**

VRW

─── DEFENDANT ───

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

## PROCEEDING

Name of Complainant Agency, or Person (&Title, if any)

FBI/IRS

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ►

MAGISTRATE CASE NO.

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No

If "Yes" give date filed _____ Month/Day/Year

**DATE OF ARREST** ► _____

Or... if Arresting Agency & Warrant were not

Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM

KEVIN V. RYAN

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)

Elizabeth Lee

**DATE TRANSFERRED TO U.S. CUSTODY** ► _____ Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: August 3, 2005 9:30am

Before Judge: Bernard Zimmerman

Comments:

25

# PENALTY SHEET

COUNT ONE:

**Maximum Penalty:**   Life imprisonment with a mandatory minimum of 10 years imprisonment; a fine up to $4 million; 5 years of supervised release; and, a $100 special assessment.

COUNT TWO:

**Maximum Penalty:**   Life imprisonment with a mandatory minimum of 10 years imprisonment; a fine up to $4 million; 5 years of supervised release; and, a $100 special assessment.

COUNT THREE:

**Maximum Penalty**: Twenty years imprisonment; a fine up to $1 million; 3 years of supervised release; and a $100 special assessment.

COUNT FOUR:

**Maximum Penalty:**   Life imprisonment with a mandatory minimum of 10 years imprisonment; a fine up to $4 million; 5 years of supervised release; and, a $100 special assessment.

COUNT FIVE:

**Maximum Penalty**: Twenty years imprisonment; a fine up to $1 million; 3 years of supervised release; and a $100 special assessment.

COUNT SIX:

**Maximum Penalty**: Twenty years imprisonment; a fine up to $1 million; 3 years of supervised release; and a $100 special assessment.

| NAME CHART | | COUNTS CHARGED |
|---|---|---|
| 1. | SEMYON NEYS<br>aka "Sam" | 1, 2, 3, 4, 5, 6 |
| 2. | YEVGENY FRIDMAN<br>aka "Eugne" "Irusik" Zhenya" | 1, 6 |
| 3. | JENA DAVIS | 1, 3, 4 |
| 4. | UREL SOTOMAYER<br>aka "Jiga" | 1, 4 |
| 5. | JASON TANG<br>aka "Jay" | 1, 6 |
| 6. | ANTHONY NGUYEN<br>aka "Tuan" | 1 |
| 7. | ILYA TUCHINSKY | 1 |
| 8. | CHRISTOPHER LEE CALDER | 1, 3, 5 |
| 9. | PAUL ANCAJIMA | 1, 5 |
| 10. | AARON DELAROSA | 1, 5 |
| 11. | CHARLES MOORE | 1,3 |
| 12. | JESUS POMPERADA BOSCO<br>aka "Jessie" | 1 |
| 13. | NEIL PAUL SANDERS | 1, 6 |
| 14. | OLEG GLADSHTEYN | 1 |
| 15. | WHITNEY OSTERHOUT | 1 |

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

—— OFFENSE CHARGED ——

See Attached Counts Charged

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:

See Attached Penalty Sheet

—— DEFENDANT - U.S. ——

PAUL ANCAJIMA

*E-Filing*

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUL 2 8 2005

DISTRICT COURT NUMBER

CR 05 00491 BZW

—— PROCEEDING ——

Name of Complainant Agency, or Person (&Title, if any)

FBI/IRS

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
    ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

KEVIN V. RYAN

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)

Elizabeth Lee

—— DEFENDANT ——

**IS NOT IN CUSTODY**

1) Has not been arrested, pending outcome this proceeding.
   ☐ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
   ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?
☐ Yes ☐ No
If "Yes" give date filed

Month/Day/Year

DATE OF ARREST

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY

Month/Day/Year

☐ This report amends AO 257 previously submitted

—— ADDITIONAL INFORMATION OR COMMENTS ——

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: August 2, 2005 9:30am

Before Judge: Bernard Zimmerman

Comments:

28

# PENALTY SHEET

COUNT ONE:

**Maximum Penalty:**   Life imprisonment with a mandatory minimum of 10 years imprisonment; a fine up to $4 million; 5 years of supervised release; and, a $100 special assessment.

COUNT TWO:

**Maximum Penalty:**   Life imprisonment with a mandatory minimum of 10 years imprisonment; a fine up to $4 million; 5 years of supervised release; and, a $100 special assessment.

COUNT THREE:

**Maximum Penalty**: Twenty years imprisonment; a fine up to $1 million; 3 years of supervised release; and a $100 special assessment.

COUNT FOUR:

**Maximum Penalty:**   Life imprisonment with a mandatory minimum of 10 years imprisonment; a fine up to $4 million; 5 years of supervised release; and, a $100 special assessment.

COUNT FIVE:

**Maximum Penalty**: Twenty years imprisonment; a fine up to $1 million; 3 years of supervised release; and a $100 special assessment.

COUNT SIX:

**Maximum Penalty**: Twenty years imprisonment; a fine up to $1 million; 3 years of supervised release; and a $100 special assessment.

| **NAME CHART** | | **COUNTS CHARGED** |
|---|---|---|
| 1. | SEMYON NEYS | 1, 2, 3, 4, 5, 6 |
| | aka "Sam" | |
| 2. | YEVGENY FRIDMAN | 1, 6 |
| | aka "Eugne" "Irusik" Zhenya" | |
| 3. | JENA DAVIS | 1, 3, 4 |
| 4. | UREL SOTOMAYER | 1, 4 |
| | aka "Jiga" | |
| 5. | JASON TANG | 1, 6 |
| | aka "Jay" | |
| 6. | ANTHONY NGUYEN | 1 |
| | aka "Tuan" | |
| 7. | ILYA TUCHINSKY | 1 |
| 8. | CHRISTOPHER LEE CALDER | 1, 3, 5 |
| 9. | PAUL ANCAJIMA | 1, 5 |
| 10. | AARON DELAROSA | 1, 5 |
| 11. | CHARLES MOORE | 1,3 |
| 12. | JESUS POMPERADA BOSCO | 1 |
| | aka "Jessie" | |
| 13. | NEIL PAUL SANDERS | 1, 6 |
| 14. | OLEG GLADSHTEYN | 1 |
| 15. | WHITNEY OSTERHOUT | 1 |

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

*E-Filing*

─── OFFENSE CHARGED ───

See Attached Counts Charged

☐ Petty
☐ Minor
☐ Misde-
     meanor
☒ Felony

PENALTY:

See Attached Penalty Sheet

─ DEFENDANT - U.S. ─

JUL 2 8 2005

AARON DELAROSA

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COURT NUMBER

00491

*VRW*

─────────── DEFENDANT ───────────

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

─── PROCEEDING ───

Name of Complainant Agency, or Person (&Title, if any)

FBI/IRS

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} SHOW DOCKET NO.

MAGISTRATE CASE NO.

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No

If "Yes" give date filed

Month/Day/Year

**DATE OF ARREST**

Or... if Arresting Agency & Warrant were not

Month/Day/Year

**DATE TRANSFERRED TO U.S. CUSTODY**

Name and Office of Person Furnishing Information on THIS FORM

KEVIN V. RYAN

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)

Elizabeth Lee

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:

☐ Arraignment ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____

Before Judge: _____

Comments:

31

# PENALTY SHEET

COUNT ONE:

**Maximum Penalty:**  Life imprisonment with a mandatory minimum of 10 years imprisonment; a fine up to $4 million; 5 years of supervised release; and, a $100 special assessment.

COUNT TWO:

**Maximum Penalty:**  Life imprisonment with a mandatory minimum of 10 years imprisonment; a fine up to $4 million; 5 years of supervised release; and, a $100 special assessment.

COUNT THREE:

**Maximum Penalty**: Twenty years imprisonment; a fine up to $1 million; 3 years of supervised release; and a $100 special assessment.

COUNT FOUR:

**Maximum Penalty:**  Life imprisonment with a mandatory minimum of 10 years imprisonment; a fine up to $4 million; 5 years of supervised release; and, a $100 special assessment.

COUNT FIVE:

**Maximum Penalty**: Twenty years imprisonment; a fine up to $1 million; 3 years of supervised release; and a $100 special assessment.

COUNT SIX:

**Maximum Penalty**: Twenty years imprisonment; a fine up to $1 million; 3 years of supervised release; and a $100 special assessment.

| | **NAME CHART** | **COUNTS CHARGED** |
|---|---|---|
| 1. | SEMYON NEYS<br>aka "Sam" | 1, 2, 3, 4, 5, 6 |
| 2. | YEVGENY FRIDMAN<br>aka "Eugne" "Irusik" Zhenya" | 1, 6 |
| 3. | JENA DAVIS | 1, 3, 4 |
| 4. | UREL SOTOMAYER<br>aka "Jiga" | 1, 4 |
| 5. | JASON TANG<br>aka "Jay" | 1, 6 |
| 6. | ANTHONY NGUYEN<br>aka "Tuan" | 1 |
| 7. | ILYA TUCHINSKY | 1 |
| 8. | CHRISTOPHER LEE CALDER | 1, 3, 5 |
| 9. | PAUL ANCAJIMA | 1, 5 |
| 10. | AARON DELAROSA | 1, 5 |
| 11. | CHARLES MOORE | 1,3 |
| 12. | JESUS POMPERADA BOSCO<br>aka "Jessie" | 1 |
| 13. | NEIL PAUL SANDERS | 1, 6 |
| 14. | OLEG GLADSHTEYN | 1 |
| 15. | WHITNEY OSTERHOUT | 1 |

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

FILED

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

JUL 2 8 2005

## OFFENSE CHARGED

See Attached Counts Charged

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

E-Filing

PENALTY:
See Attached Penalty Sheet

─ DEFENDANT - U.S.

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

▶ CHARLES MOORE

DISTRICT COURT NUMBER

CR 05 00491

VRW

## PROCEEDING

**Name of Complainant Agency, or Person (&Title, if any)**

FBI/IRS

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

KEVIN V. RYAN

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)

Elizabeth Lee

## DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No
If "Yes" give date filed

Month/Day/Year

**DATE OF ARREST** ▶

Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶

Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____

Before Judge: _____

Comments:

34

# PENALTY SHEET

COUNT ONE:

**Maximum Penalty:**  Life imprisonment with a mandatory minimum of 10 years imprisonment; a fine up to $4 million; 5 years of supervised release; and, a $100 special assessment.

COUNT TWO:

**Maximum Penalty:**  Life imprisonment with a mandatory minimum of 10 years imprisonment; a fine up to $4 million; 5 years of supervised release; and, a $100 special assessment.

COUNT THREE:

**Maximum Penalty**: Twenty years imprisonment; a fine up to $1 million; 3 years of supervised release; and a $100 special assessment.

COUNT FOUR:

**Maximum Penalty:**  Life imprisonment with a mandatory minimum of 10 years imprisonment; a fine up to $4 million; 5 years of supervised release; and, a $100 special assessment.

COUNT FIVE:

**Maximum Penalty**: Twenty years imprisonment; a fine up to $1 million; 3 years of supervised release; and a $100 special assessment.

COUNT SIX:

**Maximum Penalty**: Twenty years imprisonment; a fine up to $1 million; 3 years of supervised release; and a $100 special assessment.

| NAME CHART | | COUNTS CHARGED |
|---|---|---|
| 1. | SEMYON NEYS<br>aka "Sam" | 1, 2, 3, 4, 5, 6 |
| 2. | YEVGENY FRIDMAN<br>aka "Eugne" "Irusik" Zhenya" | 1, 6 |
| 3. | JENA DAVIS | 1, 3, 4 |
| 4. | UREL SOTOMAYER<br>aka "Jiga" | 1, 4 |
| 5. | JASON TANG<br>aka "Jay" | 1, 6 |
| 6. | ANTHONY NGUYEN<br>aka "Tuan" | 1 |
| 7. | ILYA TUCHINSKY | 1 |
| 8. | CHRISTOPHER LEE CALDER | 1, 3, 5 |
| 9. | PAUL ANCAJIMA | 1, 5 |
| 10. | AARON DELAROSA | 1, 5 |
| 11. | CHARLES MOORE | 1,3 |
| 12. | JESUS POMPERADA BOSCO<br>aka "Jessie" | 1 |
| 13. | NEIL PAUL SANDERS | 1, 6 |
| 14. | OLEG GLADSHTEYN | 1 |
| 15. | WHITNEY OSTERHOUT | 1 |

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

*FILED*
JUL 2 8 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

---

**OFFENSE CHARGED**
See Attached Counts Charged

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
See Attached Penalty Sheet

**DEFENDANT - U.S.**

▶ JESUS POMPERADA BOSCO

DISTRICT COURT NUMBER

CR 05 0049 EMC

---

**PROCEEDING**

Name of Complainant Agency, or Person (&Title, if any)

FBI/IRS

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} SHOW DOCKET NO.

} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
KEVIN V. RYAN
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
Elizabeth Lee

---

**DEFENDANT**

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?
☐ Yes
☐ No
If "Yes" give date filed

**DATE OF ARREST** ▶

Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶

Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time: July 29, 2005 9:30am

Before Judge: Edward M. Chen

Comments:

37

# PENALTY SHEET

COUNT ONE:

**Maximum Penalty:**   Life imprisonment with a mandatory minimum of 10 years imprisonment; a fine up to $4 million; 5 years of supervised release; and, a $100 special assessment.

COUNT TWO:

**Maximum Penalty:**   Life imprisonment with a mandatory minimum of 10 years imprisonment; a fine up to $4 million; 5 years of supervised release; and, a $100 special assessment.

COUNT THREE:

**Maximum Penalty**: Twenty years imprisonment; a fine up to $1 million; 3 years of supervised release; and a $100 special assessment.

COUNT FOUR:

**Maximum Penalty:**   Life imprisonment with a mandatory minimum of 10 years imprisonment; a fine up to $4 million; 5 years of supervised release; and, a $100 special assessment.

COUNT FIVE:

**Maximum Penalty**: Twenty years imprisonment; a fine up to $1 million; 3 years of supervised release; and a $100 special assessment.

COUNT SIX:

**Maximum Penalty**: Twenty years imprisonment; a fine up to $1 million; 3 years of supervised release; and a $100 special assessment.

| **NAME CHART** | | **COUNTS CHARGED** |
|---|---|---|
| 1. | SEMYON NEYS <br> aka "Sam" | 1, 2, 3, 4, 5, 6 |
| 2. | YEVGENY FRIDMAN <br> aka "Eugne" "Irusik" Zhenya" | 1, 6 |
| 3. | JENA DAVIS | 1, 3, 4 |
| 4. | UREL SOTOMAYER <br> aka "Jiga" | 1, 4 |
| 5. | JASON TANG <br> aka "Jay" | 1, 6 |
| 6. | ANTHONY NGUYEN <br> aka "Tuan" | 1 |
| 7. | ILYA TUCHINSKY | 1 |
| 8. | CHRISTOPHER LEE CALDER | 1, 3, 5 |
| 9. | PAUL ANCAJIMA | 1, 5 |
| 10. | AARON DELAROSA | 1, 5 |
| 11. | CHARLES MOORE | 1,3 |
| 12. | JESUS POMPERADA BOSCO <br> aka "Jessie" | 1 |
| 13. | NEIL PAUL SANDERS | 1, 6 |
| 14. | OLEG GLADSHTEYN | 1 |
| 15. | WHITNEY OSTERHOUT | 1 |

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

JUL 2 8 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

**OFFENSE CHARGED**

See Attached Counts Charged

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:

See Attached Penalty Sheet

**DEFENDANT - U.S.**

▶ NEIL PAUL SANDERS

DISTRICT COURT NUMBER

CR 05 00491 CRW

---

**PROCEEDING**

Name of Complainant Agency, or Person (&Title, if any)

FBI/IRS

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW
DOCKET NO.

MAGISTRATE
CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
KEVIN V. RYAN

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
Elizabeth Lee

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
  } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No
If "Yes" give date filed
Month/Day/Year

**DATE OF ARREST**
Or... if Arresting Agency & Warrant were not
Month/Day/Year

**DATE TRANSFERRED TO U.S. CUSTODY**
Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: August 3, 2005 9:30am

Before Judge: Bernard Zimmerman

Comments:

40

# PENALTY SHEET

COUNT ONE:

**Maximum Penalty:**  Life imprisonment with a mandatory minimum of 10 years imprisonment; a fine up to $4 million; 5 years of supervised release; and, a $100 special assessment.

COUNT TWO:

**Maximum Penalty:**  Life imprisonment with a mandatory minimum of 10 years imprisonment; a fine up to $4 million; 5 years of supervised release; and, a $100 special assessment.

COUNT THREE:

**Maximum Penalty**: Twenty years imprisonment; a fine up to $1 million; 3 years of supervised release; and a $100 special assessment.

COUNT FOUR:

**Maximum Penalty:**  Life imprisonment with a mandatory minimum of 10 years imprisonment; a fine up to $4 million; 5 years of supervised release; and, a $100 special assessment.

COUNT FIVE:

**Maximum Penalty**: Twenty years imprisonment; a fine up to $1 million; 3 years of supervised release; and a $100 special assessment.

COUNT SIX:

**Maximum Penalty**: Twenty years imprisonment; a fine up to $1 million; 3 years of supervised release; and a $100 special assessment.

| | **NAME CHART** | **COUNTS CHARGED** |
|---|---|---|
| 1. | SEMYON NEYS | 1, 2, 3, 4, 5, 6 |
| | aka "Sam" | |
| 2. | YEVGENY FRIDMAN | 1, 6 |
| | aka "Eugne" "Irusik" Zhenya" | |
| 3. | JENA DAVIS | 1, 3, 4 |
| 4. | UREL SOTOMAYER | 1, 4 |
| | aka "Jiga" | |
| 5. | JASON TANG | 1, 6 |
| | aka "Jay" | |
| 6. | ANTHONY NGUYEN | 1 |
| | aka "Tuan" | |
| 7. | ILYA TUCHINSKY | 1 |
| 8. | CHRISTOPHER LEE CALDER | 1, 3, 5 |
| 9. | PAUL ANCAJIMA | 1, 5 |
| 10. | AARON DELAROSA | 1, 5 |
| 11. | CHARLES MOORE | 1,3 |
| 12. | JESUS POMPERADA BOSCO | 1 |
| | aka "Jessie" | |
| 13. | NEIL PAUL SANDERS | 1, 6 |
| 14. | OLEG GLADSHTEYN | 1 |
| 15. | WHITNEY OSTERHOUT | 1 |

Y ь

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

┌─ **OFFENSE CHARGED** ─
See Attached Counts Charged

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:
See Attached Penalty Sheet

E-FILING ▸ DEFENDANT - U.S.

▸ OLEG GLADSHTEYN

*(stamp)* RICHARD W. WIEKING CLERK, U.S. DISTRICT CO. NORTHERN DISTRICT OF CALIFORNIA

JUL 2 8 2005

DISTRICT COURT NUMBER

## CR 05 00491

┌─ **PROCEEDING** ─
Name of Complainant Agency, or Person (&Title, if any)

FBI/IRS

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▸

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

KEVIN V. RYAN

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)

Elizabeth Lee

┌─ **DEFENDANT** ─

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▸

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges    ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes   If "Yes" give date filed
☐ No

**DATE OF ARREST** ▸          Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▸      Month/Day/Year

☐ This report amends AO 257 previously submitted

┌─ **ADDITIONAL INFORMATION OR COMMENTS** ─

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT  Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:

Before Judge:

Comments:

43

# PENALTY SHEET

COUNT ONE:

**Maximum Penalty:**  Life imprisonment with a mandatory minimum of 10 years imprisonment; a fine up to $4 million; 5 years of supervised release; and, a $100 special assessment.

COUNT TWO:

**Maximum Penalty:**  Life imprisonment with a mandatory minimum of 10 years imprisonment; a fine up to $4 million; 5 years of supervised release; and, a $100 special assessment.

COUNT THREE:

**Maximum Penalty**: Twenty years imprisonment; a fine up to $1 million; 3 years of supervised release; and a $100 special assessment.

COUNT FOUR:

**Maximum Penalty:**  Life imprisonment with a mandatory minimum of 10 years imprisonment; a fine up to $4 million; 5 years of supervised release; and, a $100 special assessment.

COUNT FIVE:

**Maximum Penalty**: Twenty years imprisonment; a fine up to $1 million; 3 years of supervised release; and a $100 special assessment.

COUNT SIX:

**Maximum Penalty**: Twenty years imprisonment; a fine up to $1 million; 3 years of supervised release; and a $100 special assessment.

| NAME CHART | | COUNTS CHARGED |
|---|---|---|
| 1. | SEMYON NEYS<br>aka "Sam" | 1, 2, 3, 4, 5, 6 |
| 2. | YEVGENY FRIDMAN<br>aka "Eugne" "Irusik" Zhenya" | 1, 6 |
| 3. | JENA DAVIS | 1, 3, 4 |
| 4. | UREL SOTOMAYER<br>aka "Jiga" | 1, 4 |
| 5. | JASON TANG<br>aka "Jay" | 1, 6 |
| 6. | ANTHONY NGUYEN<br>aka "Tuan" | 1 |
| 7. | ILYA TUCHINSKY | 1 |
| 8. | CHRISTOPHER LEE CALDER | 1, 3, 5 |
| 9. | PAUL ANCAJIMA | 1, 5 |
| 10. | AARON DELAROSA | 1, 5 |
| 11. | CHARLES MOORE | 1,3 |
| 12. | JESUS POMPERADA BOSCO<br>aka "Jessie" | 1 |
| 13. | NEIL PAUL SANDERS | 1, 6 |
| 14. | OLEG GLADSHTEYN | 1 |
| 15. | WHITNEY OSTERHOUT | 1 |

45

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

F I L E D

— **OFFENSE CHARGED** —
See Attached Counts Charged

E-Filing

☐ Petty
☐ Minor
☐ Misde-
   meanor
☒ Felony

**DEFENDANT - U.S.**

JUL 2 9 2005

▶ WHITENY OSTERHOUT

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DISTRICT COURT NUMBER**

**PENALTY:**

See Attached Penalty Sheet

CR 05 00491

— **DEFENDANT** —

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons
   was served on above charges _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District) _____

— **PROCEEDING** —
Name of Complainant Agency, or Person (&Title, if any)

FBI/IRS

☐ person is awaiting trial in another Federal or State
   Court, give name of court

☐ this person/proceeding is transferred from another
   district per (circle one) FRCrP 20, 21 or 40. Show
   District

☐ this is a reprosecution of
   charges previously dismissed
   which were dismissed on
   motion of:        SHOW
      ☐ U.S. Att'y ☐ Defense   DOCKET NO.

☐ this prosecution relates to a
   pending case involving this same
   defendant        MAGISTRATE

☐ prior proceedings or appearance(s)   CASE NO.
   before U.S. Magistrate regarding
   this defendant were recorded under ▶

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction          ☐ Fed'l ☐ State

6) ☐ Awaiting trial on other
      charges
   If answer to (6) is "Yes", show name of institution
   _____

Has detainer   ☐ Yes   If "Yes"
been filed?    ☐ No    give date
                       filed _____
                       Month/Day/Year

**DATE OF**  ▶
**ARREST**
   Or... if Arresting Agency & Warrant were not
                                    Month/Day/Year
**DATE TRANSFERRED** ▶
**TO U.S. CUSTODY**

Name and Office of Person
Furnishing Information on       KEVIN V. RYAN
   THIS FORM
               ☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)            Elizabeth Lee

☐ This report amends AO 257 previously submitted

— **ADDITIONAL INFORMATION OR COMMENTS** —

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT   Bail Amount: No Bail
   If Summons, complete following:
   ☐ Arraignment ☐ Initial Appearance   *Where defendant previously apprehended on complaint, no new summons
                                        or warrant needed, since Magistrate has scheduled arraignment
   Defendant Address:

                              Date/Time: _____

                              Before Judge: _____

Comments:

46

# PENALTY SHEET

COUNT ONE:

**Maximum Penalty:**  Life imprisonment with a mandatory minimum of 10 years imprisonment; a fine up to $4 million; 5 years of supervised release; and, a $100 special assessment.

COUNT TWO:

**Maximum Penalty:**  Life imprisonment with a mandatory minimum of 10 years imprisonment; a fine up to $4 million; 5 years of supervised release; and, a $100 special assessment.

COUNT THREE:

**Maximum Penalty**: Twenty years imprisonment; a fine up to $1 million; 3 years of supervised release; and a $100 special assessment.

COUNT FOUR:

**Maximum Penalty:**  Life imprisonment with a mandatory minimum of 10 years imprisonment; a fine up to $4 million; 5 years of supervised release; and, a $100 special assessment.

COUNT FIVE:

**Maximum Penalty**: Twenty years imprisonment; a fine up to $1 million; 3 years of supervised release; and a $100 special assessment.

COUNT SIX:

**Maximum Penalty**: Twenty years imprisonment; a fine up to $1 million; 3 years of supervised release; and a $100 special assessment.

| NAME CHART | | COUNTS CHARGED |
|---|---|---|
| 1. | SEMYON NEYS<br>aka "Sam" | 1, 2, 3, 4, 5, 6 |
| 2. | YEVGENY FRIDMAN<br>aka "Eugne" "Irusik" Zhenya" | 1, 6 |
| 3. | JENA DAVIS | 1, 3, 4 |
| 4. | UREL SOTOMAYER<br>aka "Jiga" | 1, 4 |
| 5. | JASON TANG<br>aka "Jay" | 1, 6 |
| 6. | ANTHONY NGUYEN<br>aka "Tuan" | 1 |
| 7. | ILYA TUCHINSKY | 1 |
| 8. | CHRISTOPHER LEE CALDER | 1, 3, 5 |
| 9. | PAUL ANCAJIMA | 1, 5 |
| 10. | AARON DELAROSA | 1, 5 |
| 11. | CHARLES MOORE | 1,3 |
| 12. | JESUS POMPERADA BOSCO<br>aka "Jessie" | 1 |
| 13. | NEIL PAUL SANDERS | 1, 6 |
| 14. | OLEG GLADSHTEYN | 1 |
| 15. | WHITNEY OSTERHOUT | 1 |

1   KEVIN V. RYAN (CASBN 118321)
    United States Attorney

2

3                           **F I L E D**

                             JUL 2 8 2005

4

                    RICHARD W. WIEKING
                CLERK, U.S. DISTRICT COURT
          NORTHERN DISTRICT OF CALIFORNIA

5

6

7

8               UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION 

11

12   UNITED STATES OF AMERICA  **CR** )  **05  00491**

13       Plaintiff,          )  VIOLATIONS: 21 U.S.C. § 841(a)(1) --
                          )  Distribution and Possession With Intent To

14       v.                )  Distribute Methamphetamine; 21 U.S.C. §
                           )  841(a)(1) -- Distribution and Possession

15                           )  With Intent To Distribute 3,4
  SEMYON NEYS,            )  Methylenedioxymethamphetamine; 21

16     aka "Sam"              )  U.S.C. § 846 – Conspiracy to Distribute and
  YEVGENY FRIDMAN,        )  Possess With Intent to Distribute

17     aka "Eugene" "Irusik" Zhenya" )  Methamphetamine and 3,4
  JENA DAVIS,              )  Methylenedioxymethamphetamine; 18

18   URIEL SOTOMAYOR,      )  U.S.C. § 2 -- Aiding and Abetting
    aka "Jiga"             )

19   JASON TANG,           )  SAN FRANCISCO VENUE
    aka "Jay"           )

20   ANTHONY NGUYEN,     )
    aka "Tuan"         )

21   ILYA TUCHINSKY,      )
  CHRISTOPHER LEE CALDER, )

22   PAUL ANCAJIMA,      )
  AARON DELAROSA,     )

23   CHARLES MOORE,      )
  JESUS POMPERADA BASCO, )

24     aka "Jessie"       )
  NEIL PAUL SANDERS,    )

25   OLEG GLADSHTEYN, and  )
  WHITNEY OSTERHOUT,   )

26                       )
      Defendants.       )

27   _____ )

28                   I N D I C T M E N T

The Grand Jury charges:

COUNT ONE: (21 U.S.C. § 846 -- Conspiracy to Distribute Methamphetamine and Ecstacy)

On or about and between October, 2004 and July 12, 2005, in the Northern District of California, and elsewhere, the defendants

SEMYON NEYS,
aka "Sam"
YEVGENY FRIDMAN,
aka "Eugene" "Irusik" Zhenya"
JENA DAVIS,
URIEL SOTOMAYOR,
aka "Jiga"
JASON TANG,
aka "Jay"
ANTHONY NGUYEN,
aka "Tuan"
ILYA TUCHINSKY,
CHRISTOPHER LEE CALDER,
PAUL ANCAJIMA,
AARON DELAROSA,
CHARLES MOORE,
JESUS POMPERADA BASCO,
aka "Jessie"
NEIL PAUL SANDERS,
OLEG GLADSHTEYN, and
WHITNEY OSTERHOUT,

did, along with others known and unknown to the grand jury, knowingly and intentionally conspire to distribute and to possess with intent to distribute a Schedule II controlled substance, to wit: 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, and a Schedule I controlled substance, to wit: 3,4 methylenedioxymethamphetamine (MDMA), also known as ecstasy, in violation of Title 21, United States Code, Section 846.

COUNT TWO: (21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) and 18 U.S.C. § 2)

On or about January 4, 2005, in the Northern District of California, the defendant

SEMYON NEYS,
aka "Sam,

did knowingly and intentionally distribute and possess with intent to distribute a Schedule II controlled substance, to wit: 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii) and Title 18, United States Code, Section 2.

INDICTMENT

COUNT THREE: (21 U.S.C. § 841(a)(1), (b)(1)(C) and 18 U.S.C. § 2)

On or about and between April 15, 2005 and April 16, 2005, in the Northern District of California, the defendants

SEMYON NEYS,
aka "Sam
JENA DAVIS,
CHRISTOPHER LEE CALDER, and
CHARLES MOORE,

did knowingly and intentionally distribute and possess with intent to distribute a Schedule I controlled substance, to wit: 3,4 methylenedioxymethamphetamine (MDMA), also known as ecstasy, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C) and Title 18, United States Code, Section 2.

COUNT FOUR: (21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) and 18 U.S.C. § 2)

On or about April 30, 2005, in the Northern District of California, the defendants

SEMYON NEYS,
aka "Sam
JENA DAVIS, and
URIEL SOTOMAYOR,
aka "Jiga,"

did knowingly and intentionally distribute and possess with intent to distribute a Schedule II controlled substance, to wit: 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii) and Title 18, United States Code, Section 2.

COUNT FIVE: (21 U.S.C. § 841(a)(1), (b)(1)(C) and 18 U.S.C. § 2)

On or about June 21, 2005, in the Northern District of California, the defendants

SEMYON NEYS,
aka "Sam
CHRISTOPHER LEE CALDER,
PAUL ANCAJIMA, and
AARON DELAROSA,

did knowingly and intentionally distribute and possess with intent to distribute a Schedule I controlled substance, to wit: 3,4 methylenedioxymethamphetamine (MDMA), also known as

INDICTMENT

ecstasy, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C) and Title 18, United States Code, Section 2.

COUNT SIX:  (21 U.S.C. § 841(a)(1), (b)(1)(C) and 18 U.S.C. § 2)

On or about July 10, 2005, in the Northern District of California, the defendants

                    SEMYON NEYS,
                        aka "Sam
                    YEVGENY FRIDMAN
                        aka "Eugene" "Irusik" Zhenya"
                    JASON TANG
                        aka "Jay," and
                    NEIL PAUL SANDERS

did knowingly and intentionally distribute and possess with intent to distribute a Schedule I controlled substance, to wit: 3,4 methylenedioxymethamphetamine (MDMA), also known as ecstasy, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C) and Title 18, United States Code, Section 2.

DATED:  7/28/05                          A TRUE BILL.

                                         _____
                                         FOREPERSON

KEVIN V. RYAN
United States Attorney

_____
EUMI CHOI
Chief, Criminal Division

(Approved as to form: _____ )
                      AUSA LEE

INDICTMENT