KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WBN 0722)
Chief, Criminal Division

ANJALI CHATURVEDI (DCBN 446177)
Chief, Organized Crime Strike Force

ELIZABETH K. LEE (CSBN 133343)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6776
   FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INTERCEPTION OF WIRE AND ELECTRONIC COMMUNICATIONS | Crim. No. CR 05 90151 MHP<br><br>APPLICATION FOR LIMITING UNSEALING OF COURT TRANSCRIPTS AND PROPOSED ORDER |

     The United States of America, represented by Assistant United States Attorney Elizabeth K. Lee, herein applies for an Order permitting the unsealing and limited disclosure and copying of the court transcripts which accompanied the submission of two of the government's applications for wiretap orders in this matter. The government is making this request because these transcripts will need to be disclosed as discovery in the pending federal prosecution of United States v. Semyon Neys, et. al., CR 05-0491 VRW, to defense counsel, their investigators, and defendants.

     On April 8, 2005, Assistant United States Attorney Elizabeth K. Lee and Special Agent Joe Yum appeared before the Honorable Marilyn Hall Patel in connection with the submission of a Title III wiretap over telephone number 415-710-3455. An official court reporter, Joan Marie

APPLICATION FOR LIMITED UNSEALING

1

1  Columbini, was present and recorded what was said during those sealed proceedings.  On May
2  10, 2005, Assistant United States Attorney Elizabeth K. Lee and Special Agent Joe Yum
3  appeared before the Honorable Marilyn Hall Patel in connection with the submission of an
4  extension application for the same Title III wiretap over telephone number 415-710-3455. An
5  official court reporter, Jim Yeomens, was present and recorded what was said during those sealed
6  proceedings.

7      The government hereby requests that the court order that the above two transcripts be
8  unsealed for the limited purpose of providing copies to the government, defense counsel, their
9  investigators, and the defendants in the case of United States v. Semyon Neys, et. al., CR 05-
10 0491 VRW . The government further requests that the transcripts remained sealed to the public
11 until further order of the court.  The transcripts and wiretap applications and affidavits refer to
12 third parties, i.e. individual interceptees, who have not been indicted in this matter and whose
13 privacy interests might be implicated by unsealing at this time.

14 DATED:                               Respectfully submitted,

15                                      KEVIN V. RYAN
                                        United States Attorney
16

17                                       /S/ ELIZABETH K. LEE
18                                      ELIZABETH K. LEE
                                        Assistant United States Attorney
19

20 GOOD CAUSE APPEARING, and for the reasons set forth above:

21     It is hereby ORDERED that the court transcript of proceedings in this matter which took
22 place on April 8, 2005 and May 10, 2005 be unsealed for the limited purpose of providing copies
23 to the government, defense counsel, their investigators, and the defendants in the matter of
24 United States v. Semyon Neys, et. al., CR 05-0491 VRW. The transcripts shall otherwise remain
25 sealed to the public until further order of this court.

26 DATED:

27                                      MARILYN HALL PATEL
                                        United States District Judge
28