IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                    No    CR-05-0491 VRW

        Plaintiff                    ORDER


        v

SEMYON NEYS, et al,

        Defendants.

_____/


      The court has detained defendant Semyon Neys in this
action and he is currently in the custody of the United States
Marshall and the Alameda County Sheriff, incarcerated at the North
County Jail in Oakland, California.

//

//

//

//

//

//

1    Good cause appearing, the Alameda County Sheriff is

2  hereby ORDERED to permit Semyon Neys to possess and use an MP3

3  audio playback device for the purpose of listening to recorded

4  conversations provided to the defense in this case.

5

6    IT IS SO ORDERED.

7

8    _____

9    VAUGHN R WALKER

10   United States District Chief Judge