SCOTT A. SUGARMAN (No. 68277)
SUGARMAN & CANNON
44 Montgomery St., Suite 2080
San Francisco, CA. 94104
Telephone: (415) 362-6252
Facsimile: (415) 677-9445

Attorneys for Defendant
SEMYON NEYS

RECEIVED
2006 NOV 13 P 4: 03
RICHARD W. WIEKING, CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA

FILED
NOV 15 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SEMYON NEYS,

    Defendant.

No. CR 05-491 VRW

[proposed] SEALING ORDER

GOOD CAUSE APPEARING, the Clerk of the Court is hereby ORDERED to file **THE DECLARATION OF SCOTT A. SUGARMAN RE: REQUEST FOR APPPOINTMENT OF COUNSEL** and **DEFENDANT'S REQUEST FOR APPOINTMENT OF CONSEL** under seal. The Clerk of this Court is further ORDERED not to reveal the nature or contents of that document to any person, nor permit any person to read or examine that document, absent further written order of this Court after reasonable notice to counsel for the defendant and an opportunity for defense counsel to be heard.

DATED:

_____
UNITED STATES DISTRICT COURT

COPIES MAILED TO SUBMITTING COUNSEL

[proposed] Sealing Order