KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

LAUREL BEELER (CSBN 187656)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6765
   Facsimile: (415) 436-7234
   Email: laurel.beeler@usdoj.gov

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                Plaintiff,       )<br>                             )<br>   v.                                           )<br>                             )<br>SEMYON NEYS,                              )<br>                Defendant.     )<br>_____) | Criminal No. CR 05 491 VRW<br><br>NOTICE OF RELATED CASE |
| UNITED STATES OF AMERICA,           )<br>                Plaintiff,       )<br>                             )<br>   v.                                           )<br>                             )<br>SEMYON NEYS,                              )<br>                Defendant.     )<br>_____) | Criminal No. CR 06 793 WHA |

     The United States gives notice to the Clerk of the Court pursuant to Criminal Local Rule 8-1, Notice of Related Case, that it believes that these actions are related.

     Under Rule 8-1, a criminal action is related to another pending criminal action when (1) both actions concern the same defendant and the same events or occurrences, or (2) both actions appear likely to entail substantial duplication of labor if heard by different judges, or might

Notice of Related Cases (CR 05 491 VRW,
 CR 06 793 WHA)

1  create conflicts or unnecessary expenses if conducted before different judges.  N.D. Cal. Crim.
2  Local R. 8-1(b).
3      Here, both cases involve the same defendant.  The information filed in CR 06 793 WHA
4  relates to money laundering charges that Neys will plead guilty to pursuant to a negotiated
5  disposition that also will resolve the drug charges pending in CR 05 491 VRW.
6      Because the cases involve the same defendant, and thus similar questions of fact and law,
7  they are related.  <u>See</u> N.D. Cal. Crim. Local R. 8-1(b)(1).  Assigning the cases to one judge will
8  enable all charges to be resolved in one proceeding, and it will avoid the duplication of labor that
9  would occur if the matters were resolved before different judges.  <u>See</u> N.D. Cal. Crim. Local R.
10 8-1(b)(1).  This means that assignment to a single judge will conserve judicial resources and
11 promote an efficient determination of the action.  <u>See</u> N.D. Cal. Crim. Local R. 8-1 (c)(4).
12 DATED:    12/12/06            Respectfully submitted,
13                               KEVIN V. RYAN
                                  United States Attorney
14
15                                 /s/ Laurel Beeler
                                  LAUREL BEELER
16                                Assistant United States Attorney

Notice of Related Cases (CR 05 491 VRW,
 CR 06 793 WHA)                    2