SCOTT A. SUGARMAN (No. 68277)
SUGARMAN & CANNON
44 Montgomery St., Suite 2080
San Francisco, CA. 94104
Telephone: (415) 362-6252
Facsimile: (415) 677-9445

Attorneys for Defendant
    SEMYON NEYS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-491 VRW |
| Plaintiff, | |
| v. | **STIPULATION AND [proposed] ORDER TO CONTINUE SENTENCING** |
| SEMYON NEYS, | |
| Defendant. | |

    This case is currently set for sentencing on June 19, 2007. However, due to other obligations of counsel and the probation officer, due to their intermittent unavailability, including defense counsel's involvement in trial from mid-January to end of May 2007, the parties and the probation officer will not be ready to proceed with sentencing on June 19, 2007.

    With the concurrence of United States Probation Officer Cheryl Simone, the parties STIPULATE to continue the sentencing of Semyon Neys to July 31, 2007 at 10:30 a.m.

DATE: June 8, 2007                           _____/s_____

                                                         LAUREL BEELER
                                                         Assistant United States Attorney

DATE: June 8, 2007                           _____/s_____
                                                       SCOTT A. SUGARMAN

| | |
|---|---|
| 1 | Attorney for SonyBMG News |
| 2 | SO ORDERED. |
| 3 | DATE: 6/15/2007 |



```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```