SCOTT A. SUGARMAN (No. 68277)
SUGARMAN & CANNON
44 Montgomery St., Suite 2080
San Francisco, CA. 94104
Telephone: (415) 362-6252
Facsimile: (415) 677-9445

Attorneys for Defendant
    SEMYON NEYS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-0491 VRW |
| Plaintiff, | **STIPULATION TO CONSOLIDATE ACTONS AND [proposed] ORDER** |
| v. | |
| SEMYON NEYS, | |
| Defendant. | |

    The government originally charged Semyon Neys and numerous other defendants with various drug offenses in CR 05-0491 VRW.  In constructing a plea agreement, the government and counsel for Neys agreed that the government would file an Information charging Semyon Neys alone with a single count of money laundering, CR 06-0793.  In accordance with a plea agreement, Neys admitted one offense charged in each of those actions.  It was anticipated by the parties that this Court would sentence Neys at one time for both offenses based on a consolidated Presentence Report and the sentencing memoranda of both parties.

    The parties STIPULATE that CR 05-0491and CR 06-0793 shall be consolidated for sentencing and for all purposes.

DATE: August 22, 2007                                          _____/s/_____

                                                                                  LAUREL BEELER
                                                                                  Assistant United States Attorney

1
2   DATE: August 22, 2007                    _____/s/_____
                                              SCOTT A. SUGARMAN
3                                             Attorney for Semyon Neys
4
5        SO ORDERED.
6
    DATED:   8/28/2007
7
8
9
10
11
12



13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28