SCOTT A. SUGARMAN (No. 68277)
SUGARMAN & CANNON
44 Montgomery St., Suite 2080
San Francisco, CA. 94104
Telephone: (415) 362-6252
Facsimile: (415) 677-9445

Attorneys for Defendant
    SEMYON NEYS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00491 VRW |
| ) | |
| Plaintiff, ) | **STIPULATION AND** |
| ) | **[PROPOSED] ORDER TO** |
| v. ) | **MODIFY CONDITIONS OF** |
| ) | **SUPERVISED RELEASE** |
| SEMYON NEYS, ) | |
| ) | |
| Defendant. ) | |

On January 20, 2011, the Court modified defendant Semyon Neys' conditions of supervised release to order that he be subject to home electronic monitoring. The Court ordered him to remain at his mother's home, where he had been residing, but he was authorized to be away from his home 1) to attend college at San Francisco State, 2) meet with his attorney and 3) to assist in providing for his mother's medical needs due to her illness.

Mr. Neys had been participating in counseling and drug testing at Sharper Futures. The Court's Order did not permit his absence from his home to continue his counseling or to be drug tested.

The parties stipulate that this Court's Order for home electronic monitoring be modified so that defendant Semyon Neys may leave his home to continue his counseling at Sharper Futures and to be tested for drug use.

United States Probation Office Sharon Alberts agrees with this Stipulation to permit Mr. Neys to continue to attend counseling and submit to drug testing.

The defendant intends to raise the issue of the continued use of home electronic monitoring, and the circumstances under which Mr. Neys may be absent from his home, at his next court appearance, February 16, 2011.

IT IS SO STIPULATED.

DATED: January 21, 2011                    /s/
                                           Robert Rees
                                           Assistant United States Attorney

DATED: January 21, 2011                    /s/
                                           Scott A. Sugarman
                                           Attorney for Semyon Neys

SO ORDERED.

DATE: 1/24/2011                            _____
                                           Vaughn R. Walker
                                           UNITED STATES NORTHERN DISTRICT CHIEF JUDGE

STIPULATION AND [PROPOSED] TO MODIFY CONDITIONS
OF SUPERVISED RELEASE

2