SCOTT A. SUGARMAN (No. 68277)
SUGARMAN & CANNON
44 Montgomery St., Suite 2080
San Francisco, CA. 94104
Telephone: (415) 362-6252
Facsimile: (415) 677-9445

Attorneys for Defendant
    SEMYON NEYS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 05-0491 VRW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER TO CONTINUE |
| | ) | SURRENDER DATE |
| SEMYON NEYS, | ) | |
| | ) | |
| Defendant. | ) | |

    At the last appearance on February 16, 2011, this Court revoked the defendant's supervised release and sentenced him to six (6) months in custody. To allow the defendant to visit with his mother and father, and to withdraw from his college classes, the Court permitted him to surrender by noon on Tuesday, February 22, 2011.

    The defendant advised undersigned counsel late in the afternoon of February 16, 2011 that City College would not allow him to withdraw from his courses simply by so requesting from the registrar or similar college official. Rather, given that the semester was approximately a month old, he would have to seek permission individually from each of teachers.

    Mr. Neys has been enrolled in two academic courses that meet only Monday and Wednesday. He was not able to meet those teachers on February 16, 2011. Because Monday,

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SURRENDER DATE
No. CR 05-0491 VRW

1

February 21, 2011 is a holiday, there will be no class that day. Hence, his first chance to see those teachers will be Wednesday, February 23, 2011. Given the hours at which the courses are taught and the unknown hours that those teachers are available, Mr. Neys may not be able to reach those teachers until Wednesday afternoon. Hence, he would not be able to reach the Marshall's Office until late Wednesday, and both counsel were concerned that the Marshall's Office may not be able to process him at that time.

Counsel for the government and defendant STIPULATE that this Court may order that the defendant's self-surrender date be delayed from Tuesday, February 22, 2011 by 12:00 noon, to Thursday, February 24, 2011 by 12:00 noon at the United States Marshall's Office on the 20th floor of the federal building.

Counsel for the defendant spoke with United States Probation Officer Alberts and she does not object to this brief delay in the self-surrender date.

IT IS SO STIPULATED.

DATED: February 18, 2011  /s/
Robert Rees
Assistant United States Attorney

DATED: February 18, 2011  /s/
Scott A. Sugarman
Attorney for Semyon Neys

SO ORDERED.

DATE: 2/22/2011

VAUGHN R. WALKER
UNITED STATES DISTRICT ~~CHIEF~~ JUDGE

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SURRENDER DATE
No. CR 05-0491 VRW

2